# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY YEGOROV, | No. 2:19-cv-01685-MCE-AC |
| Plaintiff, | |
| v. | ORDER |
| XAVIER BECERRA, | |
| Defendant. | |

Plaintiff proceeded pro se in this closed case, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On February 5, 2020, plaintiff filed a Motion for Recusal. ECF No. 9. Plaintiff's case was closed by order dated February 4, 2020. ECF No. 8. Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 9 will, accordingly, not be considered.

IT IS SO ORDERED

DATED: February 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE